20CV6481FPG

UNITED STATES DISTRICT
WESTERN DISTRICT OF NEW YORK
─────────────────────────────── X

Angelo D. Johnson
 — against —          Plaintiff,          Order to Show
                                          Cause For
                                          Preliminary
Superintendent Tomas, et al.              Injunction and
            Defendants.                   Temporary
─────────────────────────────── X         Restraining Order

                    Civ. No. _____

     UPON the complaint, submitted herewith, with the supporting Affirmation of plaintiff's sworn to the 30 day of June, 20 20, and it is:

     ORDERED that the defendants, [ Superintendent Tomas; John Morley, M.D.; O.M.H. Mrs. McCarty ] show cause in room ___ of the United States Courthouse, 2120 U.S. Courthouse, 100 State Street, Rochester, New York 14614-1387 on the day of ____, 20 __, at ____ o'clock, or as soon thereafter as counsel may be heard, why preliminary injunction should not issue pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoing the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from [ "without delay emergecy dentis care, correct lenses prescription, right shoulder examinations with adequate pain meds., immediate single cell status, protect very relevant material relating to facts of this case ].

     IT IS FURTHER ORDER that effective immediate, and pending the hearing and determination of this

order to show cause, the defendants [ Superintendent Tomes, John Morley, M.D., P.A. J. Perez, O.M.H. Mrs. McCarty and each of their officers, agents, employees, and all persons acting in concert or participation with them, are restrained from [ immediately, without delay, from failing to provide emergency dental, correct lenses proscription, right shoulder with examinations and adequate medication for pain, immediate ~~sig~~ single cell status, and protect my relevant materials relating to facts of this case. ]

**It is FURTHER ORDER** that personal service of a copy of this order and annexd affirmation upon the defendants or their causel on or ~~about~~ before _____ shall be deemed good and sufficient services thereof.

dated: 6-30-20

_____ X
United States District Judge

x Angelo Johnson

Angelo D. Johnson, 18A3458
Five Points Corr. Facility
State Route 96, Box 119
Romulus, N.Y., 14541

(2)