UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Angelo D. Johnson
— against — Plaintiff,

Superintendent Tomas Tucker, et al.
                    Defendants.

Order to Show Cause for Preliminary Injunction and Temporary Restraining Order

CIV. NO.
20-CV-6481 (FPG)

Upon the complaint, submitted herewith and the supporting affirmation of Plaintiff's sworn to the 14 day of Sept., 20 20, and it is:

Ordered, that the defendants, [ Superintendent Tomas Tucker; Sgt. Shields; Sgt. Royick; Sgt. McIntyre; P.A.J. Perez; N.P. K. Solotti ] show cause in room ____ of the United States Courthouse, 2120 U.S. Courthouse, 100 State Street, Rochester, New York, 14614-1387 on the day of _____, 20 ___, at ____ o'clock, or as soon thereafter as counsel may be heard, why preliminary injunction should not issue persuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from [ without delay, emergency dentist care, corrected accurate prescription of RGP's; right shoulder adequate medical care and adequate pain meds; adequate care and treatment to chronic sinusus effection ].

It is Further Order that effective immediate, and pending the hearing and determination of this order to show cause, the defendants [ Superintendent Tomas Tucker;

Sgt. Shields ; Sgt. Rojick ; Sgt. McIntyre ; P.A. J. Perez ; N.P. K. Solotti ] show cause and each of their officers, agents, employees, and all persons acting in concert or participation with them, are to [immediately, without delay provide emergency dentist care adequately ; corrected accurate prescription of RGP's ; and adequate medical care and pain meds. to the right shoulder ; adequate medical care and treatment to chronic sinusus effections ].

   <u>It is Further Order</u> that personal services of a copy of this order and annexed affirmation upon the defendants or their counsel on or about _____ shall be deem good and sufficient services thereof.

dated : Sept. 14. 2020

_____ x
United States District Judge

x _Angelo Johnson_____

Angelo D. Johnson, Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Angelo D. Johnson                                           AFFIRMATION
    -against-              Plaintiff,

Superintendent Torrus Tucker, et al.            Civ. No.
                                                20-CV-6481
                Defendants.

AFFIRMATION OF Angelo D. Johnson

I, Angelo D. Johnson, duly sworn according to law deposes and say:

1. That I am the plaintiff, within the complaint hereto.

2. That I have been complaining directly to the medical staff and administration of Five Points Corr. Facility, Albany officials since Jan. 21, 2020, of plaintiff's right back tooth and the excruciating pain daily, continuously frequent bleeding and swellon of said tooth.

3. That I also have continuously complaint of plaintiff's upper left tooth also has a serious cavity and is also continuously causing excruciating pain and effects all normal activities.

4. That plaintiff also has continuously complaint about plaintiff's right shoulder and incorrect lensses prescription, chronic sinusus effections and right shoulder... about continuous excruciating pain daily.

5. That defendants herein said Amended Complaint, has grossly failed to remedy the problem and provide the necessary serious adequate medical care and treatment to plaintiff's obvious serious medical needs.

6. That plaintiff will be truly harm and suffer irreparable harm if the temporary or preliminary injunctive relief isn't granted.

   I declare (or certify, verify, or state) under penalty of perjury, that the forgoing is true and correct.

Upon this date:
Sept. 14, 2020

x _____
Angelo D. Johnson, Pro Se

(2)