UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**Angelo D. Johnson**,
                Plaintiff,

       -v-

**Superintendent Tomas Tucker, et al.**,
                Defendants.
_____

6:20-cv-06481-FPG
USCA:

**CLERK'S CERTIFICATE / INDEX**

      I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

**The following documents are not available electronically and are maintained in the Western District of New York:**

      Docket No. n/a

Upon your request, we will make the above documents available to you.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Tricia M. Frisa
Deputy Clerk

DATED:    February 12, 2021
                Rochester, NY